UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ21-275 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| JOSE MARQUEZ-GUADALUPE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offense charged</u>:     Illegal Reentry after Deportation

<u>Date of Detention Hearing</u>:   May 11, 2021.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.      Defendant is a native and citizen of Mexico.   He was not interviewed by Pretrial

DETENTION ORDER
PAGE -1

Services, so much of his background information is unknown or unverified. Defendant's criminal record includes firearms offenses and a prior Illegal Reentry charge, and at least two executed warrants of removal or deportation. An immigration detainer has been filed. A possible active warrant from California has been identified. Defendant does not contest detention.

2. Defendant poses a risk of nonappearance based on foreign citizenship, an immigration detainer, unknown background information, and alias identifiers. Defendant poses a risk of danger based on possible gang association, criminal history, a history of firearm possession, and unknown background information.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services

DETENTION ORDER
PAGE -2

Officer.

DATED this 11th day of May, 2021.

                                   *[signature]*
                                   Mary Alice Theiler
                                   United States Magistrate Judge