JUDGE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR21-127RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE INDICTMENT DEADLINE |
| JOSE MARQUEZ-GUADALUPE, | ) | |
| Defendant. | ) | |

THE COURT has considered the unopposed motion to extend the indictment deadline in this matter. It appears that it would be unreasonable to require the filing of an indictment within the period required by statute because of the need for further case evaluation prior to an indictment. Without an extension, the government and defense counsel would be denied the reasonable time necessary for effective preparation. The parties have consented to entering an order extending the indictment deadline from on or about August 11, 2021, to September 10, 2021.

THE COURT finds that justice is served by granting a continuance, and that a continuance outweighs the best interests of the public and the defendant in a speedy indictment.

IT IS ORDERED that the date on or before an indictment must be filed is extended to September 10, 2021.

IT IS FURTHER ORDERED that the period of delay from on or about August 11, 2021, to September 10, 2021, is excludable time pursuant to 18 U.S.C. §

ORDER GRANTING UNOPPOSED MOTION
TO EXTEND THE INDICTMENT DEADLINE
(*Jose Marquez-Guadalupe;* CR21-127RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

3161(h)(7)(A) for the purpose of computing the time limitations imposed by the Speedy Trial Act.

DATED this 16th day of August, 2021.

_____
HON. RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED MOTION
TO EXTEND THE INDICTMENT DEADLINE
(*Jose Marquez-Guadalupe;* CR21-127RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100